**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LEON STAMBLER, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:12-cv-608 |
| | § | |
| v. | § | |
| | § | |
| ALLY FINANCIAL INC., et al., | § | **LEAD CASE** |
| | § | |
| Defendants. | § | INDIVIDUAL CASE NO: 2:12-cv-677 |
| | § | |

**ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS
FIRST NATIONAL OF NEBRASKA, INC. AND FIRST NATIONAL BANK OF OMAHA**

Before the Court is the Agreed Motion to Dismiss Defendants First National of Nebraska, Inc. and First National Bank of Omaha with Prejudice (Dkt. No. 110).  After considering the Motion and finding that it is should be GRANTED, it is hereby ORDERED that Defendants First National of Nebraska, Inc. and First National Bank of Omaha be and are hereby DISMISSED from the above-entitled and numbered cause with prejudice, and that each party shall bear its own costs and fees.

**So ORDERED and SIGNED this 2nd day of December, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE